UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-70013 |
| | ) | |
| **BRENDA KAY BROWN** | ) | Chapter 7 |
| | ) | |
| **DEBTOR** | ) | |
| | ) | |
| | ) | |
| **JAMES WESTENHOEFER, CHAPTER 7 TRUSTEE** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ADV. NO. 14-7006 |
| | ) | |
| v. | ) | |
| | ) | |
| **WHITEFORD TAYLOR PRESTON LLP** | ) | |
| **SEVEN SAINT PAUL STREET** | ) | |
| **BALTIMORE, MD 21202-1636** | ) | |
| | ) | |
| And | ) | |
| | ) | |
| **JAMES A. BROWN** | ) | |
| By And Through his Conservator | ) | |
| **RICHARD WEHRLE** | ) | |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT

John M. Simms, counsel for Trustee James Westenhoefer, files this notice with the Court that a Settlement Agreement has been agreed upon by the Trustee and Whiteford Taylor Preston, LLP. Counsel anticipates that a Motion to Compromise with an Agreed Order will be filed with the Court on or before January 12, 2015.

/s/ John M.. Simms_____
John M. Simms
KY BAR ID: 86049
1608 Harrodsburg Rd.
Lexington, KY 40504
Bar: 86049
(859) 225 – 1745
COUNSEL FOR THE TRUSTEE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served electronically this 19th day of December, 2014, upon the parties listed on the Notice of Electronic Filing of the United States Bankruptcy Court Clerk.

/s/ John M.. Simms_____
John M. Simms