UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| In re: | CASE NO. 12-70013 |
| BRENDA KAY BROWN | CHAPTER 7 |
| Debtor | Judge Alan Stout |
| | |
| JAMES R WESTENHOEFER TRUSTEE FOR THE CHAPTER 7 BANKRUPTCY ESTATE OF BRENDA KAY BROWN | |
| Plaintiff | Adv. Pro. No. 14-07006 |
| v. | |
| WHITEFORD TAYLOR PRESTON, LLP | |
| Defendant | |

**ORDER AND JUDGMENT APPROVING SETTLEMENT
AGREEMENT PURSUANT TO BANKRUPTCY RULE 9019**

This matter coming before the court on the Joint Motion to Approve Settlement Agreement Pursuant to Bankruptcy Rule 9019 (the "Motion") seeking approval of an agreement between the Trustee,[1] Brown Parties and Whiteford Taylor Preston (collectively, "Parties") to compromise all claims between the Parties, enter a judgment in this action, and resolve the PSB AP.

Based upon the Motion, the record before the Court, and it appearing that the legal and factual basis set forth in the Motion establish just cause for relief granted herein; that the elements of Rule 9019 for approval of a Settlement Agreement have been met; that due and

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

proper notice of the Motion having been provided and it appearing that no other or further notice need be provided; that the relief sought in the Motion is in the best interests of the Estate and all involved parties; that any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefore; it is hereby ORDERED THAT:

1. The Motion is GRANTED IN ALL RESPECTS;

2. The Parties are authorized, directed, and ordered to perform all of their respective obligations according to the Motion;

3. The Trustee is hereby awarded a judgment against  in the amount of $50,000.00 to be paid within 60 days from the entry of this Judgment and Order.  The Trustee shall take no action to enforce this Agreed Judgment as long as each of the above payments are timely made, and shall promptly file a satisfaction of judgment and notice of dismissal of this action, with prejudice, once both payments are made.

4. The terms and conditions of this Judgment and Order shall be immediately effective and enforceable upon its entry.

5. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the interpretation and implementation of this Judgment and Order.

6. This is a final judgment.

Tendered by; Agreed to; To be entered:

*/s/ J. Thomas Rawlings*
J. Thomas Rawlings
Donald M. Wakefield

BOWLES RICE MCDAVID GRAFF & LOVE LLP
333 West Vine Street, Suite 1700
Lexington, Kentucky  40507
Telephone:  (859) 252-2202
Facsimile:  (859) 259-2927
E-mail: trawlings@bowlesrice.com
       dwakefield@bowlesrice.com
*Co-Counsel for the Brown Parties*

/s/ C.R. Bowles, Jr.
C.R. Bowles, Jr.
BINGHAM GREENEBAUM DOLL LLP
3500 National City Tower, Suite 3500
Louisville, Kentucky  40202
Telephone:  (502) 589-4200
Facsimile:  (502) 587-3699
E-mail:  cbowles@bgdlegal.com
*Co-Counsel for the Brown Parties*

Atkinson, Simms & Kermode PLLC
1608 Harrodsburg Road
Lexington, Kentucky 40504
(859) 225-4714 Telephone
(859) 254-2102 FAX
Bar ID: 86049
jms@ask-law.com

By:  /s/ John Simms
John Simms
ATTORNEY FOR PLAINTIFF TRUSTEE

/s/ Ellen Arvin Kennedy
Ellen Arvin Kennedy
Dinsmore & Shohl LLP
Lexington Financial Center
250 W. Main Street, Ste. 1400
Lexington, KY 40507
Telephone: (859) 425-1000
Facsimile:  (859) 425-1099
Email:  ellen.kennedy@dinsmore.com
*Attorney for Whiteford Taylor Preston, LLP*